```
USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 11/22/2010
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
RESPONSE PERSONNEL, INC.

Index No.: 10 CV 5196

         Plaintiff,

- against -

**STIPULATION EXTENDING TIME**

HARTFORD FIRE INSURANCE CO.,

         Defendant.
----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** that the time for Hartford Fire Insurance Company ("Hartford") to move or answer with respect to the plaintiff's complaint in this matter is hereby extended from November 18, 2010 to and including December 6, 2010. *[dlc]*

**IT IS FURTHER STIPULATED AND AGREED** that should Hartford make a motion to dismiss the plaintiff's complaint, plaintiff will have until January 28, 2011 to serve and file its opposition to such motion.

**IT IS FURTHER STIPULATED AND AGREED** that Hartford will not assert the defenses of improper service of process or lack of personal jurisdiction.

Dated: New York, New York
November 17, 2010

*/s/ Frederick J. Wilmer*

Attorney for Plaintiffs
Frederick J. Wilmer, Esq.
Mark Ciuccopelli, Esq.
Kissel Pesce Hirsch & Wilmer
580 White Plains Rd. – 5th Floor
Tarrytown, New York 10591
Tel: (914) 750-5933
Fax: (914) 750-5922

Dated: New York, New York
November 17, 2010

*/s/ Carol Pisano*

Attorneys for Defendant
Carol A. Pisano, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street – 24th Floor
New York, New York 10005
Tel: (212) 483-9490
Fax: (212) 483-9129
cpisano@mdmc-law.com

So Ordered: */s/ Denise Cote*
Denise Cote, U.S.D.C.J.
Nov. 18, 2010

*The conference shall be held as scheduled on December 10 at 10:00 am.*